878 A.2d 846

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MICHAEL COLBERT, DEFENDANT–PETITIONER.

July 11, 2005.

ORDERED that the petition for certification is granted and the
matter is summarily remanded to the Appellate Division for
reconsideration in light of *State v. W.A.*, 184 *N.J.* 45, 875 *A.*2d 882
(2005).

878 A.2d 847

JOSEPH MCKENZIE, PLAINTIFF–PETITIONER, v. HAMED K.
ABOUHANY, ET AL., DEFENDANTS–RESPONDENTS.

July 11, 2005.

ORDERED that the petition for certification is granted and the
matter is summarily remanded to the trial court for further
proceedings in light of *DiProspero v. Penn,* 183 N.J. 477, 874 *A.*2d
1039 (2005).

878 A.2d 847

RUTH M. MILBOURNE, DEFENDANT–PETITIONER, v. LOISE
CHANDLER A/K/A LOUISE CHANDLER, AND LOUISE
ROBBINS, DEFENDANTS–RESPONDENTS.

July 11, 2005.

ORDERED that the petition for certification is granted and the
matter is summarily remanded to the trial court for further
proceedings in light of *DiProspero v. Penn,* 183 *N.J.* 477, 874 *A.*2d
1039 (2005).